---------- Forwarded message ---------
From: **U.S. Department of Justice - VNS** <fedemail@vns.usdoj.gov>
Date: Wed, Mar 26, 2025 at 4:27 PM
Subject: U.S. Department of Justice - VNS - Investigative Case 288A-DE-3728795 - Court Case 25-CR-20165
To: ██████████████████████

DO NOT REPLY TO THIS EMAIL.



March 26, 2025

**U.S. Department of Justice**
Eastern District of Michigan
Suite 2001
211 W. Fort St.
Detroit, MI 48226-3211
Phone: 1-844-527-5299
Email: USAEO.MCAP@usdoj.gov

██████████

Re: United States v. Defendant(s) Matthew Weiss
Case Number 2023R00208 and Court Docket Number 25-CR-20165

Dear ██████████

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

**Should you have questions concerning this case, please contact the Mega Victim Case Assistance Program (MCAP) toll free 1-844-527-5299 (Monday through Friday from 8:30 am to 5:30 pm Eastern), or send an email to USAEO.MCAP@usdoj.gov. Please include your Victim Identification Number (VIN), found in the closing paragraph of this notification, when contacting MCAP via phone or email. If you are having technical difficulties with the Victim Notification System, please contact the VNS Help Desk at the numbers found in the closing of this notification.**

1

Charges have been filed against defendant(s) Matthew Weiss. The lead prosecutor for this case is Timothy Wyse. The main charge is categorized as Other White Collar Crime/Fraud.

If you are receiving this notification, it means that information of yours was found in possession of the defendant.

Pursuant to the Crime Victims' Rights Act, found at Title 18 U.S.C. § 3771, victims have the following rights:

(1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141 (c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

We will make our best efforts to ensure you are provided the rights to which you are entitled by law. Please understand that these rights apply only to victims of the counts charged in federal court. If you have any questions about what this means for you, please contact our office. Separately, victims of all crimes under federal investigation are entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34 U.S.C. § §20141 or the VRRA link posted at www.notify.usdoj.gov (under the "Related Links" tab, see "Victim Rights").

It is important to keep in mind that the defendant(s) is/are presumed innocent until proven guilty. Additionally, please be aware that many criminal cases are resolved by a plea agreement between the prosecutor's office and the defendant. You should also know that it is not unusual for a defendant to seek to negotiate a plea agreement shortly before a trial is scheduled to begin. If the court schedules a plea hearing in this case, we will make our best efforts to notify you as soon as practicable.

As mentioned above, you have the right to confer with the attorney for the government. If you would like to speak with the prosecutor to inform the prosecutor of your views regarding potential plea agreements or discuss any other aspect of the case, please contact our office at 1-844-527-5299 and ask to speak to the victim assistance staff, and we will arrange for you to speak with the prosecutor. While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights described above or other related legal matters.

If you believe that a Department of Justice employee has not provided you with your rights under the Crime Victims' Rights Act, you may file a complaint with the Department of Justice Victims' Rights Ombudsman (or "Ombuds"). For more information, go to www.justice.gov/usao/office-victims-rights-ombuds. If you have questions about filing a complaint, you may contact the Ombudsman by phone at 1-

877-574-9302 or by email at USAEO.VictimOmbudsman@usdoj.gov.

**If you have questions about the progress of your case, the rights you are entitled to, or how you can assert your rights during court proceedings, please contact our office at 1-844-527-5299.**

Custody of a defendant during a federal criminal case is determined by the Court and is managed by the United States Marshal Service. Custody status of a defendant is subject to change during the course of the criminal proceedings. To receive the timeliest update to your case, please provide and verify your email address, as instructed below.

As of March 24, 2025, Matthew Weiss is not in the custody of the U.S. Marshal Service.

Due to the large number of victims this office receives, you will likely not receive additional correspondence by mail but notice will continue to be available by the other means provided by VNS including email. Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

You will use your Victim Identification Number (VIN) ▮▮▮▮ and Personal Identification Number (PIN) ▮▮▮▮ anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Kane.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Alexandra Wyatt
Victim Services Coordinator

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address, you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My Information", provide a new address and click the "update" button.

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the "Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk at phone number 1-866-625-1631 for assistance and questions.

Attachments have been referenced with this notification and are available on the VNS Internet site (or will be available within 8 hours). After you log into the website select "Downloads/Links" to view the attachments.