# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>MATTHEW WEISS; the REGENTS OF the UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,<br><br>                Defendants. | Case No. 25-CV-10806<br>Hon. Mark A. Goldsmith<br>Mag. Elizabeth A. Stafford |

**April 28, 2025 – Meet & Confer**

*Agenda*

1. Pending Motions

    a. Motions to Consolidate
    b. Interim Class Counsel Motions, Responses and Briefing
    c. Motion for Expedited Discovery & Response (Case No.10806 – Stinar Group)
    d. Motion for Preliminary Injunction & Response (Case No. 10855 – Marko Group)
    e. Motion for TRO (Case No. 10855 – Marko Group)
    f. Motion for Preliminary Injunction (Case No. 10806 – Stinar Group)
    g. Michigan's Motion to Stay

2. Master Complaint

3. 12b Grounds

4. Coordination of out-of-state cases

5. Use of pseudonyms/procedure for identifying plaintiffs to defense

6. Preservation