# Exhibit 9



Currently, Sommers Schwartz consists of 39 partners, associates and of counsel, 12 paralegals, 3 nurse consultants, and a dedicated group of 52 support staff.  We have been representing individuals and businesses for over 50 years.  Our founding members, including Stanley Schwartz, Howard Silver, Norm Sommers, Jeffery Shillman and Leonard Schwartz were legal trailblazers in Michigan and the mid-west during the firm's formative years in the 1960's and 70's.  They literally set the bar for legal excellence and an uncompromising dedication to their clients.

Respect in the legal field is not easily achieved.  Through hard work, exceptional talent and a dedication to excellence, Sommers Schwartz has become one of the most well-respected and well-known firms in Michigan.  Over the past 20 years, our lawyers have expanded their work to nearly every part of the country.  We have successfully litigated and continue to litigate cases in many states, including Illinois, Georgia, North Carolina, Wisconsin, Florida, Massachusetts, California, Pennsylvania and Ohio.  The firm's class action, mass tort and MDL practices have placed them in nearly every federal court throughout America.

A stellar reputation and long history of success has its benefits: we are regarded by the bench and bar as formidable advocates, particularly in the fields of medical malpractice, class actions, mass torts, employment disputes, complex business litigation, FLSA litigation, consumer protection, and appeals.  Our national reach includes serving on plaintiff steering committees in mass torts and multi-district litigation matters.



Jason Thompson is a shareholder and Department Head of the Sommers Schwartz Complex Litigation Department. His complex litigation experience includes cases from a broad range of topics, including consumer protection, constitutional law, environmental disasters, insurance coverage, wage and hour and pharmaceutical price fixing and marketing violations.

Currently, Mr. Thompson is interim co-class counsel in one of the nation's largest waterway disasters arising out of the Edenville and Sanford Dam failures, with estimated damages exceeding $1 billion. Mr. Thompson has also served as lead class counsel in air pollution cases, including cases against United States Steel Corporation and Atofina Chemical Company, and as PSC member of a $54 million class action against 3M and Wolverine Worldwide involving PFAS ground water contamination.

He is also currently interim co-class counsel in the groundbreaking tax foreclose litigation centered in Michigan, involving 5th Amendment taking claims against Wayne County valued at over $120 million.

He founded the firm's wage and hour class action practice, and has served as class counsel in well over 50 large wage and hour class actions against some of the largest employers in the country, including Lowes, Kaiser Permanente, Bloomin' Brands Inc., and Lear Corporation. The firm's wage and hour practice has recovered over $100 million in unpaid wages for workers.

He is currently class counsel in consumer protection cases against luxury fitness company, Equinox Holdings, Inc.; prosecuting putative class actions against auto insurers AAA, State Farm, Liberty Mutual and USAA; and was co-class counsel in the largest protein supplement class action settlement of its time, against Muscle Milk. Just last year, his work on behalf of insureds in one of the largest antitrust lawsuit in history against all 38 Blue Cross Blue Shield companies in America, *In Re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406 concluded.

In 2004, he worked on one of the largest prescription drug cases in the country, *In Re: Neurontin Marketing and Sales Practice Litigation*, MDL No.1629 and since then on pharmaceutical cases involving the drugs Nexium, Vioxx, TriCor, Toporol, and Celebrex. In those cases, he represented Michigan cities such as Detroit, Pontiac, River Rouge, Bay City, Holland and Sterling Heights, and Michigan counties such as Oakland, Midland, Saginaw and Cass.

Because of his experience in varied complex litigation, one would be hard pressed to find another lawyer with a more diverse palette of class action and MDL cases. In addition, he has lectured on his filed at numerous professional conferences, testified before the Michigan Legislature on pharmaceutical drug immunity and taught complex litigation at the Michigan State University of Law School.

Thompson graduated from the University of Southern California in 1989 with a Bachelor of Arts degree in Economics and Michigan State University College of Law, JD - *cum laude*, in 1992.



Lisa Esser (Weidenfeller) has been a champion for justice for nearly 20 years, fighting tirelessly for the rights of Michigan's citizens. Lisa has engineered hundreds of settlements and jury verdicts that have provided many millions of dollars in compensation for her clients. She is a senior shareholder and elected member of the Board of Directors of Sommers Schwartz, P.C. Lisa possesses specialty expertise in complex civil litigation and sexual abuse litigation. In addition to her thriving medical malpractice and birth injury practice, her experience includes representing hundreds of clients in the following recent complex actions:

- *In Re: National Prescription Opiate Litigation*, MDL No. 2804, Master Case No., 1:17-md-2804, U.S. District Court for the Northern District of Ohio, Eastern Division, Judge Dan Aaron Polster (Lisa is local counsel for over a dozen Michigan counties, cities and township in this national litigation).
- *In Re: 3M Combat Arms Earplugs Product Liability Litigation*, MDL No. 2885, Master Case No., 3:19-md-2885, U.D. District of Northern District of Florida, Judge M. Casey Rodgers (Lisa represents over 100 injured Michigan veterans in this litigation).
- *Jane Doe, et al v. Michigan State University, Larry Nassar, et al*, Lead Case No. 1:17-cv-00029, U.S. District Court for the Western District of Michigan, Southern Division, Hon. Gordon Quist (Lisa represented many sexual assault survivors of Larry Nassar in this litigation).
- *Jane Doe, et al v. USA Gymnastics and United States Olympic and Paralympic Committee*, Case No. 18-09108, U.S. Bankruptcy Court for the Southern District of Indiana (Lisa represented many sexual assault survivors and former gymnasts affiliated with USAG and USOPC in this bankruptcy action).
- *John Doe, et al v. The University of Michigan and The Regents of the University of Michigan,* Lead Case No. 2:20-cv-10568, U.S. District Court for the Eastern District of Michigan, Southern Division, Hon. Victoria Roberts; and concurrent case in the Washtenaw County Circuit Court, Case No. 20-379-NO (Lisa represented dozens of sexual assault survivors of University of Michigan, Dr. Robert Anderson in this litigation)
- *Forrester, et al. v. Clarenceville School District,* Case No. 3:20-cv-12727, U.S. District Court for the Eastern District of Michigan, Southern Division, Hon. Robert Cleland; with concurrent case in the Wayne County Circuit Court, Case No. 2106790-NO, Judge Edward Ewell, Jr. (Lisa represented many young women who were sexually assaulted by Clarenceville School District teacher Jason Debandt)

- *In Re: New England Compounding Pharmacy, Inc.*, Products Liability Litigation, MDL No. 2419, District Court of Massachusetts, Hon. Rya W. Zobel, with concurrent case in Grand Traverse County Circuit Court, Judge Powers (Lisa represented dozens of Michigan citizens injured in the contaminated steroids, fungal meningitis outbreak of 2012)
- *In Re: Camp Lejeune Water Litigation,* Master Case No. 7:23-cv-897, U.S. District Court for the Eastern District of North Carolina. (Lisa personally represents approximately 100 injured Michigan veterans in this matter)
- *In Re: Insulin Pricing Litigation*, MDL No. 3080, Master Case No., 2:23-md-3080, United States District Court of New Jersey, Hon. Brian Martinotti (Lisa represents local Michigan municipalities in this litigation against pharmacy benefit managers for insulin price gouging schemes).
- *Matthew Mueller, et al v. Oxford Community School District*, et al, Case No. 22-cv-1148, United States District Court of the Eastern District of Michigan, Hon. Mark Goldsmith, and concurrent case in Oakland County Circuit Court, Case No. 23-202821-NO, Judge Jacob Cunningham (Lisa represents a minor shot and injured in the November 30, 2021, Oxford High School Shooting)

Lisa has been recognized by Michigan Lawyers Weekly's Influential Women of the Law and Up and Coming Lawyers. She has also been recognized as a leading lawyer by Dbusiness, Top Lawyers, Best Lawyers, Leading Lawyers, National Trial Lawyers, and Super Lawyers. She is an active member of the American Association for Justice, the Negligence Section for the State Bar of Michigan, and serves on the Executive Board of the Michigan Association for Justice. She has previously served on boards for the Oakland County Bar Association and State Bar of Michigan Character and Fitness Committee.



Richard Groffsky is a graduate of the DePaul University School of Law, and focuses his practice on medical malpractice and personal injury litigation. He has spent his career representing clients with significant brain and other injuries, handling these types of cases in Michigan, Ohio, Illinois, Indiana, Iowa, North Carolina, South Carolina, and Georgia.

Mr. Groffsky has secured hundreds of verdicts and settlements, more than 30 of which have exceeded $1,000,000. His accomplishments on behalf of his clients has earned him repeat recognition by "Best Lawyers in America", "Super Lawyers", "DBusiness Top Lawyers" and an "AV" rating by Martindale Hubbell. He currently is the practice group leader for the personal injury practice at Sommers Schwartz.



Matthew Curtis is a graduate of Detroit College of Law (Cum Laude) and has been with the law firm of Sommers Schwartz for the past 40 years. He is a senior shareholder and member of the Board of Directors at the firm. He has successfully litigated complex personal injury and medical malpractices cases throughout Michigan and across the United States. He has successfully resolved hundreds of medical negligence cases and has been responsible for numerous verdicts and settlements in excess of $1,000,000.00 on behalf of his clients. Mr. Curtis has successfully litigated cases in Indiana, Ohio, Illinois, Minnesota, Georgia and Maryland.

In addition, Mr. Curtis represented clients in the following complex litigation actions:

- *In Re: New England Compounding Pharmacy, Inc.*, Products Liability Litigation, MDL No. 2419, District Court of Massachusetts, Hon. Rya W. Zobel, with concurrent case in Grand Traverse County Circuit Court, Judge Powers (Mr. Curtis represented dozens of Michigan citizens injured in the contaminated steroids, fungal meningitis outbreak of 2012);
- *Jane Doe, et al v. Michigan State University, Larry Nassar, et al*, Lead Case No. 1:17-cv-00029, U.S. District Court for the Western District of Michigan, Southern Division, Hon. Gordon Quist; and
- *John Doe, et al v. The University of Michigan and The Regents of the University of Michigan*, Lead Case No. 2:20-cv-10568, U.S. District Court for the Eastern District of Michigan, Southern Division, Hon. Victoria Roberts; and concurrent case in the Washtenaw County Circuit Court, Case No. 20-379-NO (Mr. Curtis represented dozens of sexual assault survivors of University of Michigan/Dr. Robert Anderson in this litigation).

Mr. Curtis has been recognized for his vast achievements and has received the following honors and awards:

- AV Preeminent Lawyer– Peer Review Rating of 5.0 out of 5.0 (Martindale-Hubbell)
- Best Lawyers, Plaintiff's Medical Malpractice – 2018 to present
- Detroit Medical Malpractice "Lawyer of the Year" – 2022 and 2024
- Leading Lawyers – Personal Injury Law and Professional Malpractice
- "Top Rated Lawyer" in Medical Malpractice – 2016 (Martindale-Hubbell)
- National Trial Lawyers "Top 100 Trial Lawyers" – 2014

- Super Lawyers (Michigan) "10 Years" – 2010 to Present
- Top Attorneys in Michigan (New York Times) – 2011
- DBusiness Top Lawyers – 2010, 2019 and 2021
- Fellow, Michigan State Bar Foundation – 2008
- Advocacy Award, Hypertrophic Cardiomyopathy Association